UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Armando Ayala,

       Petitioner,                                  Case No. 06-14113

v.                                               Hon. Nancy G. Edmunds

Millicent Warren,

       Respondent.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Petitioner's application for writ of habeas corpus is DENIED, and that this matter is hereby DISMISSED.

       SO ORDERED.


                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated:  April 29, 2009


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 29, 2009, by electronic and/or ordinary mail.

                                            s/Carol A. Hemeyer
                                            Case Manager